IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

WILLIAM WINSTON,                        :
       Petitioner,                  :
                                                   :        20-cv-4994-JMY
       v.                              :
                                                   :
SUPERINTENDENT D. OBERLANDER,  :
et al.,                                 :
       Respondents.                 :

**ORDER**

AND NOW, this 9th day December, 2020, upon careful and independent consideration of

the petition for Writ of Habeas Corpus, together with the response thereto, and after review of

the Report and Recommendation of United States Magistrate Judge Lynne A. Sitarski, IT IS

ORDERED that:

    1.       The Report and Recommendation is APPROVED and ADOPTED.

    2.       The petition for Writ of Habeas Corpus is DISMISSED with prejudice.

    3.       There is no basis for issuance of a certificate of appealability.

    4.       The Clerk of Court shall mark this case closed for statistical purpose.

    5.       The Clerk of Court shall mail a copy of this Order to the Petitioner.

By the Court:

/s/ John Milton Younge
_____
Judge John Milton Younge